FILED

09/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0396

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 23-0396

### GWENDOLYN J. GERBER

Plaintiff/Counter Defendant/Appellee,

vs.

### DIEGO S. DAVALOS and AMBER K. FAZEDIN,

Defendants/Counter Claimants/Appellants.

On Appeal from the Montana Fourth Judicial District Court
Missoula County, Cause No. DV-2023-7
Before Hon. Leslie Halligan

------------------------------------------------------------------------------------------------

### ORDER

Upon the Unopposed Motion of Defendants/Counter Claimants/Appellants Diego S. Davalos and Amber K. Fazedin, for an extension to file Appellants' Opening Brief, and good cause appearing,

IT IS HEREBY ORDERED Defendants/Counter Claimants/Appellants Diego S. Davalos and Amber K. Fazedin shall have until October 30, 2023 to file their Opening Brief.

**DATED AND ELECTRONICALLY SIGNED BELOW.**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 25 2023